UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CHAD MICHAEL McGREGOR,

Plaintiff,

**TRANSFER ORDER**

**26-CV-7430 (DG)(JRC)**

-against-

DAKOTA MAY, CHELSEA SHARLOW, REBECCA EMLAW, BOHANG LIU, MEGAN WHITTON, NYS DEPARTMENT OF SOCIAL SERVICES, ORC PRAYTHER,

Defendants,
-----------------------------------------------------------------------X
JAMES R. CHO, United States Magistrate Judge:

Plaintiff Chad Michael McGregor, who is currently incarcerated at the Altona Correctional Facility in Clinton County, New York, filed this *pro se* complaint received on November 18, 2026. ECF No. 1. The complaint relates to incidents that occurred in Canton, New York and names defendants located in Canton and Potsdam, New York.

Pursuant to the venue provision, 28 U.S.C. § 1391(b), a civil action must be filed in the judicial district in which any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or where a substantial part of property that is the subject of the action is situated.

Plaintiff does not allege any connection to this District or assert any basis for venue in this District. Rather, "a substantial part of the events or omissions giving rise to [plaintiff's] claim[s] occurred" in the Northern District of New York. *See* 28 U.S.C. § 1391(b)(2). Accordingly, the action is hereby transferred to the United States District Court for the Northern District of New York. *See* 28 U.S.C. § 1406(a) (district court may transfer case filed in the

wrong district to any district in which it could have been brought); 28 U.S.C. § 112(a) (Clinton County and St. Lawrence County are located in the Northern District of New York).

A decision on plaintiff's application to proceed *in forma pauperis* is reserved for the transferee court. This Court offers no opinion on the merits of the claim. That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a seven-day delay is waived. Summons shall not issue from this Court.

SO ORDERED

/s/
JAMES R. CHO
United States Magistrate Judge

Dated: Brooklyn, New York
November 20, 2026